# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEAN ZAWLOCKI, et. al.,

        Plaintiffs,

CASE NUMBER: 03-60159

HON. MARIANNE O. BATTANI

v.

RAMA TECH, L.L.C., et. al.,

        Defendants.

_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **DECEMBER 7, 2004 @ 1:30 P.M.**, in the First Floor Courtroom, 200 E. Liberty Street, **Ann Arbor**, Michigan 48104. The following motion(s) are scheduled for hearing:

- MOTION FOR CLASS CERTIFICATION filed by plaintiffs on September 30, 2004.

**PLEASE NOTE RESPONSE AND REPLY BRIEFS SHOULD BE FILED PURSUANT TO COURT RULE.**

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to Kenneth Hardin, II, Brad Rayle and James Walsh on this date by ordinary mail.

Date: November 8, 2004

s/Colette Motowski
Colette Motowski, secretary to
Hon. Marianne O. Battani 734/741-2106