# Hardin & Associates, P.C.

30150 Telegraph Road, Suite 444
Bingham Farms, MI  48025

Invoice submitted to:

January 09, 2004

In Reference        Class Action Suit
To:

Invoice 12057
#

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/1/2003  File Review  and ERISA/WARN research | 6.00 165.00/hr | 990.00 |
| 5/2/2003  Correspondence to American Medical | 0.30 165.00/hr | 49.50 |
| Legal Research  ClassAction rules and proceedures | 2.40 165.00/hr | 396.00 |
| Legal Research   WARN Act and ERISA | 2.00 165.00/hr | 330.00 |
| 5/5/2003  telephone call from client (Johnson) | 0.25 165.00/hr | 41.25 |
| 5/12/2003  File Review- Review certified mail return | 0.25 165.00/hr | 41.25 |
| 5/27/2003  Telephone calls to/from HR manager | 0.40 200.00/hr | 80.00 |
| 6/6/2003  telephone call from client | 0.10 200.00/hr | 20.00 |
| 6/10/2003  telephone call from client | 0.20 200.00/hr | 40.00 |



EXHIBIT
A

| | Hrs/Rate | Amount |
|---|---|---|
| 6/11/2003  telephone call to HR Manager | 0.10<br>200.00/hr | 20.00 |
| telephone call from HR Manager | 0.20<br>200.00/hr | 40.00 |
| telephone call from Opp attorney | 0.20<br>200.00/hr | 40.00 |
| 6/12/2003  Conference with HR Manager | 1.50<br>200.00/hr | 300.00 |
| File Review - review Americal Medical docs | 0.40<br>200.00/hr | 80.00 |
| tlephone call to American Medical | 0.10<br>200.00/hr | 20.00 |
| 6/13/2003  telephone call from American Medical | 0.10<br>200.00/hr | 20.00 |
| telephone call to American Medical | 0.20<br>200.00/hr | 40.00 |
| 6/16/2003  Conference with Gary Long | 0.70<br>200.00/hr | 140.00 |
| File Review - review docs from Jean Z. | 0.80<br>200.00/hr | 160.00 |
| Research re: Class Action | 0.90<br>200.00/hr | 180.00 |
| Research - re: additional claims | 1.20<br>200.00/hr | 240.00 |
| Correspondence to Jean Z. | 0.20<br>200.00/hr | 40.00 |
| telephone call to Michael Vespa | 0.10<br>200.00/hr | 20.00 |
| 6/17/2003  telephone call from Jean Z. | 0.20<br>200.00/hr | 40.00 |
| 6/18/2003  telephone call from Jean Z. | 0.20<br>200.00/hr | 40.00 |
| 6/19/2003  Review - review docs from Gary Long | 0.30<br>200.00/hr | 60.00 |

| | Hrs/Rate | Amount |
|---|---|---|

| 6/19/2003 | Review - review docs from Deb Ketchner | 0.20<br>200.00/hr | 40.00 |
|---|---|---|---|
| 6/20/2003 | Telephone call from Gary Long; telephone calls to/from Mel Patton; revbiew docs from Jean Z.; research re: claims and COBRA; telephone call from Gary Napowocki; draft Complaint | 4.60<br>200.00/hr | 920.00 |
| 6/23/2003 | Telephone call to Gary Napowocki | 0.10<br>200.00/hr | 20.00 |
| | Draft Complaint; research re: ERISA claims; conferenmce with Mel Patton | 5.90<br>200.00/hr | 1,180.00 |
| 6/24/2003 | Research re: fraud claims | 1.90<br>200.00/hr | 380.00 |
| 6/25/2003 | Correspondence from client | 0.10<br>200.00/hr | 20.00 |
| 6/30/2003 | Telephone calls to/from client | 0.60<br>200.00/hr | 120.00 |
| 7/13/2003 | Telephone conference with client re: additional plaintiffs | 0.25<br>185.00/hr | 46.25 |
| 7/17/2003 | File Review - review additional docs | 0.20<br>200.00/hr | 40.00 |
| | Telephone call from Jean Z | 0.10<br>200.00/hr | 20.00 |
| | Telephone call from Paul R. | 0.10<br>200.00/hr | 20.00 |
| | Draft Complaint | 0.50<br>200.00/hr | 100.00 |
| 7/18/2003 | Correspondence from Attorney Pont | 0.20<br>200.00/hr | 40.00 |
| | Telephone call to Jean Z.; Telephone call to Paul R.; conference with new client (Saldona) | 0.90<br>200.00/hr | 180.00 |
| 7/22/2003 | Draft Complaint | 0.40<br>200.00/hr | 80.00 |
| 7/24/2003 | Draft Complaint | 1.10<br>200.00/hr | 220.00 |

| Date | Description | Hrs/Rate | Amount |
|------|-------------|----------|--------|
| 7/25/2003 | Telephone calls from Paul R.; correspondence to attorney Pont, prepare documents for filing, draft Complaint, draft Civil Cover Sheet, and draft Subpoenas | 5.90 200.00/hr | 1,180.00 |
| 7/28/2003 | Correspondence to all Plaintiffs, service of summons, file review, telephone call to clients, File memo | 2.20 200.00/hr | 440.00 |
| 7/30/2003 | Telephone call from Paul R. | 0.10 200.00/hr | 20.00 |
| 7/31/2003 | Telephone call from Paul R. | 0.10 200.00/hr | 20.00 |
| 8/4/2003 | Phone call from Paul R. | 0.20 200.00/hr | 40.00 |
| 8/6/2003 | Call from Jean Z. | 0.10 200.00/hr | 20.00 |
| | Phone call from Michael B. | 0.10 200.00/hr | 20.00 |
| 8/8/2003 | telephone call from Jean Z. | 0.20 200.00/hr | 40.00 |
| 8/11/2003 | Conference with Michael B. | 0.60 200.00/hr | 120.00 |
| | telephone call  from Ron P. | 0.20 200.00/hr | 40.00 |
| 8/12/2003 | telephone call from Derek H. | 0.10 200.00/hr | 20.00 |
| | telephone call from AMS atty | 0.10 200.00/hr | 20.00 |
| | telephone call to Derek H. | 0.10 200.00/hr | 20.00 |
| | telephone  call to AMS atty | 0.20 200.00/hr | 40.00 |
| | Conference with Ron P. | 0.70 200.00/hr | 140.00 |
| 8/14/2003 | Phone call from Jean Z. | 0.20 225.00/hr | 45.00 |
| 8/20/2003 | Correspondence from opposing attorney. | 0.20 200.00/hr | 40.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 8/20/2003 Correspondence from client. | 0.10<br>200.00/hr | 20.00 |
| 8/28/2003 Correspondence from Jean Z | 0.20<br>200.00/hr | 40.00 |
| 9/3/2003 Telephone call with opposing counsel | 0.25 | NO CHARGE |
| 9/4/2003 from Herman G | 0.10<br>200.00/hr | 20.00 |
| to Herman G | 0.10<br>200.00/hr | 20.00 |
| 9/10/2003 Correspondence from Opp Atty | 0.10<br>200.00/hr | 20.00 |
| 9/16/2003 Correspondence from Opp Atty | 0.10<br>200.00/hr | 20.00 |
| Review Stip and Order | 0.10<br>200.00/hr | 20.00 |
| 9/17/2003 t/c from Gerhard | 0.10<br>200.00/hr | 20.00 |
| t/c to Gerhard | 0.10<br>200.00/hr | 20.00 |
| t/c from Gerhard | 0.20<br>200.00/hr | 40.00 |
| 9/25/2003 t/c from John K | 0.20<br>200.00/hr | 40.00 |
| t/c to John K | 0.10<br>200.00/hr | 20.00 |
| 9/26/2003 Research re: Affirm Defenses | 0.80<br>200.00/hr | 160.00 |
| Review Answers and Aff Defs of Defendants | 0.50<br>200.00/hr | 100.00 |
| Telephone conference with court | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with client - John K. | 0.20<br>200.00/hr | 40.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/29/2003 | Telephone conference with court | 0.20 200.00/hr | 40.00 |
| | Telephone conference with court | 0.20 200.00/hr | 40.00 |
| | File Review re: service and responses | 1.50 200.00/hr | 300.00 |
| | Telephone call with opposing counsel | 0.20 200.00/hr | 40.00 |
| | t/c with David H. | 0.30 200.00/hr | 60.00 |
| | Conference with O'Malley | 0.20 200.00/hr | 40.00 |
| | Telephone conference with client - Paul R. | 0.20 200.00/hr | 40.00 |
| | Telephone conference with client - Paul R. | 0.20 200.00/hr | 40.00 |
| 9/30/2003 | Conference with client - Paul R. | 0.50 200.00/hr | 100.00 |
| | Telephone conference with client - Richard J. | 0.20 200.00/hr | 40.00 |
| 10/3/2003 | File Review re: Returns of Service | 0.30 200.00/hr | 60.00 |
| 10/6/2003 | Research re: Certification of class | 1.80 200.00/hr | 360.00 |
| | Correspondence from Creditor | 0.20 200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20 200.00/hr | 40.00 |
| 10/7/2003 | Research re: default | 1.60 200.00/hr | 320.00 |
| | File Review re: service | 0.60 200.00/hr | 120.00 |
| | Telephone Conference with process server | 0.20 200.00/hr | 40.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/7/2003 | Telephone conference with process server | 0.20<br>200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| 10/8/2003 | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| 10/10/2003 | Telephone conference with Client - James Sandeen | 0.20<br>200.00/hr | 40.00 |
| | Telephone conference with Opposing Attorney | 0.30<br>200.00/hr | 60.00 |
| | File Review and summarize medical bills/records | 4.30<br>200.00/hr | 860.00 |
| | Telephone conference with Client - Judy Sandeen | 0.20<br>200.00/hr | 40.00 |
| | Telephone conference with Client - James Sandeen | 0.20<br>200.00/hr | 40.00 |
| 10/13/2003 | Correspondence from Opposing Attorney | 0.20<br>200.00/hr | 40.00 |
| | Review Answer from AMS | 0.40<br>200.00/hr | 80.00 |
| 10/15/2003 | Telephone conference with Client - Gary Mulzer | 0.30<br>200.00/hr | 60.00 |
| 10/20/2003 | Telephone conference with Client - Paul R. | 0.20<br>200.00/hr | 40.00 |
| | Telephone conference with client - Paul R. | 0.20<br>200.00/hr | 40.00 |
| | Correspondence from court | 0.20<br>200.00/hr | 40.00 |
| | Review Rule 26(f) Notice | 0.40<br>200.00/hr | 80.00 |
| | Research ERISA | 1.20<br>200.00/hr | 240.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 10/20/2003 Research COBRA | 0.90<br>200.00/hr | 180.00 |
| 10/21/2003 Correspondence from Client | 0.20<br>200.00/hr | 40.00 |
| 10/29/2003 Telephone conference with Client - Richard J. | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with Client - Richard J. | 0.20<br>200.00/hr | 40.00 |
| 11/6/2003 Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| 11/10/2003 Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| Correspondence to Client | 0.30<br>200.00/hr | 60.00 |
| 11/11/2003 Preparation of pleadings - Joint Discovery Plan | 0.60<br>200.00/hr | 120.00 |
| Telephone conference with Client - Richard J. | 0.20<br>200.00/hr | 40.00 |
| 11/13/2003 Telephone conference with Client - Paul R | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with Client - Paul R | 0.20<br>200.00/hr | 40.00 |
| 11/17/2003 Telephone conference with Client - Jean Z | 0.20<br>200.00/hr | 40.00 |
| 11/19/2003 Telephone conference with Client - Jean Z | 0.30<br>200.00/hr | 60.00 |
| 11/20/2003 Preparation of pleadings - Joint Discovery Plan | 0.50<br>200.00/hr | 100.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 11/20/2003  t/c with client - Jean Z | 0.20<br>200.00/hr | 40.00 |
| 11/24/2003  Telephone conference with Client - Paul R. | 0.30<br>200.00/hr | 60.00 |
| 11/26/2003  Telephone conference with court | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with court | 0.20<br>200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| 12/1/2003  Preparation of pleadings - Joint Discovery Plan | 3.20<br>200.00/hr | 640.00 |
| Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with Client - Michael V. | 0.20<br>200.00/hr | 40.00 |
| Research re: WARN | 1.50<br>200.00/hr | 300.00 |
| Correspondence to Opp Atty | 0.20<br>200.00/hr | 40.00 |
| 12/2/2003  Conference call with Opp Atty re: Joint Discovery Plan | 0.90<br>200.00/hr | 180.00 |
| Research ERISA | 2.20<br>200.00/hr | 440.00 |
| 12/3/2003  Telephone conference with Client - Paul R. | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with Client - Paul R. | 0.20<br>200.00/hr | 40.00 |
| 12/5/2003  Telephone conference with Client - Herman G. | 0.20<br>200.00/hr | 40.00 |

| | Hrs/Rate | Amount |
|---|---|---|

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/10/2003 | Research re: personal liability | 1.90<br>200.00/hr | 380.00 |
| | Telephone call with Opposing Counsel | 0.40<br>200.00/hr | 80.00 |
| | Research re: ERISA | 1.00<br>200.00/hr | 200.00 |
| | Research re: COBRA | 1.50<br>200.00/hr | 300.00 |
| | Correspondence to Opp Atty | 0.20<br>200.00/hr | 40.00 |
| | conference with KJH | 0.30<br>200.00/hr | 60.00 |
| 12/12/2003 | Correspondence from Opp Atty | 0.20<br>200.00/hr | 40.00 |
| | review Defendant's Joint Discovery Plan | 0.40<br>200.00/hr | 80.00 |
| | research re: discovery | 1.20<br>200.00/hr | 240.00 |
| 12/15/2003 | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| 12/16/2003 | Court Appearance - Status Conference and travel to/from Ann Arbor | 3.90<br>200.00/hr | 780.00 |
| | preparation of pleadings - Joint Discovery Plan | 1.30<br>200.00/hr | 260.00 |
| | file review re: Status Conference | 1.00<br>200.00/hr | 200.00 |
| 12/17/2003 | Telephone conference with Client - Paul R. | 0.50<br>200.00/hr | 100.00 |
| 12/18/2003 | Telephone conference with Client - Paul R | 0.20<br>200.00/hr | 40.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 12/18/2003 Telephone conference with Client - Paul R | 0.20<br>200.00/hr | 40.00 |
| Correspondence to Client | 0.30<br>200.00/hr | 60.00 |
| 12/22/2003 Correspondence from Court | 0.20<br>200.00/hr | 40.00 |
| Correspondence to clients | 0.20<br>200.00/hr | 40.00 |
| t/c from client - Paul R. | 0.20<br>200.00/hr | 40.00 |
| File Review re: meeting with clients | 0.30<br>200.00/hr | 60.00 |
| Telephone conference with Clients | 0.50<br>200.00/hr | 100.00 |
| correspondence to clients | 0.20<br>200.00/hr | 40.00 |
| 12/23/2003 Telephone conference with Client - Jean Z. | 0.20<br>200.00/hr | 40.00 |
| 12/29/2003 Telephone conference with Client - Jean Z. | 0.20<br>200.00/hr | 40.00 |
| 1/5/2004 Correspondence to Client - Gary M. | 0.20<br>200.00/hr | 40.00 |
| 1/6/2004 Preparation of medical bills summary for all clients | 2.10<br>200.00/hr | 420.00 |
| file review re: Initial Disclosures | 0.90<br>200.00/hr | 180.00 |
| For professional services rendered | 104.70 | $20,499.25 |
| Additional Charges : | | |
| 4/30/2003 Copying cost | | 0.50 |
| 5/6/2003 Copying cost | | 0.25 |
| Postage | | 0.37 |

| Date | Description | Amount |
|---|---|---|
| | | Amount |
| 7/14/2003 | Westlaw | 337.00 |
| 7/25/2003 | | 150.00 |
| 8/21/2003 | Service of Summons and Complaints. | 76.00 |
| 10/2/2003 | Copying cost | 6.00 |
| | Fax | 23.00 |
| | Postage | 1.29 |
| | Copying cost | 5.25 |
| 10/15/2003 | Copying cost | 4.00 |
| 11/14/2003 | Copying cost | 35.00 |
| | Postage | 12.00 |
| 12/17/2003 | Mileage to from Ann Arbor for Settlement Conf - 80 miles @ $0.31 | 24.80 |
| | Parking Fee | 3.00 |
| | Total costs | $678.46 |
| | Total amount of this bill | |
| | Balance due | |

# Hardin & Associates, P.C.

30150 Telegraph Road, Suite 345
Bingham Farms, MI  48025

Invoice submitted to:
Ramatech

October 10, 2006

In Reference     Class Action Suit
To:

Invoice 14570
#

Additional Charges :

| | | Amount |
|---|---|---:|
| 12/10/2003 | Legal Research | 82.00 |
| 12/12/2003 | Legal Research | 6.00 |
| 1/1/2004 | Copying cost | 25.00 |
| | Copying cost | 15.00 |
| | Postage | 108.00 |
| | Postage | 140.00 |
| 1/13/2004 | Copying cost | 12.00 |
| | Postage | 1.20 |
| | Copying cost | 63.50 |
| 1/15/2004 | FedEx sent to the Clerk of the Court. | 15.95 |
| 1/23/2004 | Postage | 0.74 |
| | Copying cost | 1.00 |
| 1/30/2004 | Copying cost (x40) | 10.00 |
| | Postage (x26 letters) | 10.31 |
| | Postage | 2.58 |

| | Amount |
|---|---|
| 1/30/2004 Copying cost | 33.75 |
| 2/1/2004 Copying cost x61 | 15.25 |
| Postage | 1.94 |
| 2/2/2004 Fax | 8.00 |
| FedEx to Clerk of the Court | 13.95 |
| 2/3/2004 Fax | 4.00 |
| Postage | 0.74 |
| 2/5/2004 FedEx U.S. District Court | 14.02 |
| 2/27/2004 Postage | 4.59 |
| 2/28/2004 Postage | 8.29 |
| 3/1/2004 Postage | 21.00 |
| Copying cost x 302 | 75.50 |
| 3/18/2004 Delivery documents to Brad Rayle on 03/03/04. | 30.00 |
| 5/31/2004 Postage | 16.62 |
| Fax | 4.00 |
| Copying cost | 54.50 |
| 6/8/2004 Transcript Cost Ram and Rani Thuluri. | 660.15 |
| Delivery Cost to Oakland County Circuit Court  to File Brief of Motion  and Motion to Amend | 80.00 |
| Delivery Cost to Comerica Bank | 25.00 |
| Delivery Cost to Lauren Hammmett (Detroit). | 40.00 |
| Delivery to Brad Rayle in Bloomfield Hills | 20.00 |
| 6/11/2004 Copying cost | 2.75 |
| 6/29/2004 Legal Research on 06/03/04 | 12.12 |
| 6/30/2004 Postage | 2.75 |
| Fax | 9.00 |
| Postage | 1.57 |

| | | Amount |
|---|---|---|
| 7/2/2004 | Filing at USDC to File Second Amended Complaint | 95.00 |
| 7/6/2004 | Delivery Cost to file a Summons to USDC | 80.00 |
| 7/9/2004 | Service Fee; Serve Defendant-Comerica Bank | 38.00 |
| 7/29/2004 | Copying cost of letter to all clients. | 11.00 |
| | Postage | 8.14 |
| 8/6/2004 | Mileage  (x82 miles) | 25.42 |
| 8/18/2004 | Copying cost deposition notice of Peter Guilfoyle & Mike Malaga | 3.00 |
| | Postage | 1.85 |
| 8/19/2004 | Mileage for 7/22/04  (x82 miles) | 25.42 |
| 8/30/2004 | Copying cost letter & Motion in Response To Comerica's Motion to Dismiss. | 16.00 |
| | Postage | 31.56 |
| 9/1/2004 | Copying cost of letter and deposition re-notices of Guilfoyle and Malaga. | 3.00 |
| | Postage | 1.48 |
| 9/17/2004 | Mileage | 23.56 |
| 9/20/2004 | Copying cost of client file (X543 copies) | 135.75 |
| | Service Fee; Delivered documents to G. Christopher Bernard. (Jeff Clark) | 25.00 |
| 9/30/2004 | Copying cost (x357) | 89.25 |
| | Postage | 9.18 |
| | Service Fee; File Motion for Class Consideration | 25.00 |
| 10/5/2004 | Fax | 4.00 |
| 10/8/2004 | Postage | 9.20 |
| 10/12/2004 | File Motion in Response at US District Court on 8/30/04 | 80.00 |
| | Deliver Sealed Envelope to Jim Walsh on 8/30/04 | 20.00 |
| 10/13/2004 | Copying cost (x16) | 4.00 |
| | Postage | 1.11 |
| 11/5/2004 | Deposition Costs for Michael Malaga taken on 9/22/04 | 480.00 |

Amount

| Date | Description | Amount |
|---|---|---|
| 11/23/2004 | Fax | 4.00 |
| 11/30/2004 | Fax | 10.00 |
| 12/6/2004 | Filing Fee For Stip and Order for extension of scheduling dates | 25.00 |
| 12/17/2004 | Copying cost for discovery documents forwarded to other parties in response to interrogatories. | 35.00 |
| | Postage to forward discovery documents to other parties | 3.95 |
| 1/7/2005 | Postage | 2.40 |
| | Copying cost (x18) | 4.50 |
| | Postage | 2.17 |
| | Copying cost (28) | 7.00 |
| 1/10/2005 | Copying cost; Guilfoyle Documents. | 396.81 |
| 1/26/2005 | Copying cost (x92) | 23.00 |
| 1/27/2005 | Copying cost (x40) | 10.00 |
| 1/28/2005 | Copying cost (x1400) | 350.00 |
| 1/31/2005 | Parking Fee | 12.00 |
| 2/1/2005 | Copying cost | 55.50 |
| 2/10/2005 | Parking Fee | 2.00 |
| | Mileage | 7.56 |
| | Parking Fee | 12.00 |
| 2/14/2005 | Service Fee to serve subpoena to ADP for records 1/27/05 | 25.00 |
| 2/16/2005 | Deposition Costs for Jeffrey Parilla taken on January 31, 2005 | 660.75 |
| 2/24/2005 | Deposition Costs for Andrew Ottaway taken on February 10, 2005 | 451.70 |
| 3/3/2005 | Copying cost (x88) | 22.00 |
| 3/4/2005 | Mileage to and from Deposition (x128) | 39.68 |
| 3/10/2005 | Mileage to and from Court 12/07/04 (x128) | 39.68 |
| 3/18/2005 | Deposition Costs for Ram & Rani | 284.15 |

| | | Amount |
|---|---|---|
| 3/21/2005 | Deposition Costs for Peter Guilfoile, taken on March 4, 2005 | 466.00 |
| 3/24/2005 | Deposition Costs for Rani Thuluri taken on March 17, 2005 | 284.15 |
| 3/25/2005 | Copying cost of documents for notice 3,448 copies | 862.00 |
| | Postage on notice of class action | 258.60 |
| 3/31/2005 | Service Fee to pick up documents on 2/25/2005 | 25.00 |
| 4/15/2005 | Postage | 279.60 |
| 4/22/2005 | Postage to resend changes of address notices to class members | 2.40 |
| 4/28/2005 | Postage to remail class documents | 4.88 |
| 5/6/2005 | Copying cost (x640) | 160.00 |
| | Copying cost (x760) | 190.00 |
| 5/9/2005 | Postage | 21.20 |
| | Copying cost (x84) | 21.00 |
| 5/23/2005 | Postage resend notice to class members | 5.00 |
| 12/29/2005 | Copying cost claim of appeal 41X8 | 82.00 |
| | Postage 2@ 1.98 | 3.98 |
| | Filing Fee For notice of appeal | 255.00 |
| 1/4/2006 | Transcript Cost for 6/13/05 hearing for Appeal | 191.40 |
| | delivery of appeal notice by Bad News Bearers | 40.00 |
| 1/31/2006 | $ to Court Reporter- 1/18/06 | 15.20 |
| 4/25/2006 | Motion for Judgment & Order | 10.00 |
| 5/1/2006 | Changes to Motion for Judgment | 7.00 |
| | Legal Research - Westlaw 4/1/06 - 4/30/06 | 2.50 |
| 5/3/2006 | Stipulated Motion for Judgment Order to Settle | 14.00 |
| 5/5/2006 | Postage-Motion for Judgment | 2.22 |
| | Postage-Motion for Judgment | 2.70 |
| 5/18/2006 | Copying cost- Motion for judgment to remand | 6.25 |

| | | Amount |
|---|---|---|
| 5/18/2006 | Postage- Motion for judgment to remand | 1.89 |
| | Postage- Motion for judgment to remand | 2.07 |
| 9/5/2006 | Postage- | 4.62 |
| 9/25/2006 | Copying cost- Joint Motion | 2.55 |
| 9/27/2006 | Mileage | 20.16 |
| | Parking Fee | 8.00 |
| 10/4/2006 | Copying cost for notice to all class members | 2,499.00 |
| | Postage mailing notice of settlement to all class members | 310.59 |
| 10/10/2006 | Publishing Fee for legal news | 118.00 |
| | Total costs | $11,563.50 |
| | Previous balance | |
| | Balance due | |