# Hardin & Associates, P.C.

30150 Telegraph Road, Suite 345
Bingham Farms, MI  48025

Invoice submitted to:
Ramatech

October 10, 2006

In Reference To:     Class Action Suit

Invoice # 14570

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/9/2004 | Correspondence from Opp Atty | 0.20<br>200.00/hr | 40.00 |
|  | Correspondence from Opp Atty | 0.20<br>200.00/hr | 40.00 |
|  | Review Request for Admissions | 0.80<br>200.00/hr | 160.00 |
|  | Review Interrogatories | 0.50<br>200.00/hr | 100.00 |
|  | research successor company liability | 1.30<br>200.00/hr | 260.00 |
| 1/10/2004 | Preparation for client meeting | 2.00<br>200.00/hr | 400.00 |
|  | client meeting | 3.00<br>200.00/hr | 600.00 |
|  | research successor company liability | 1.50<br>200.00/hr | 300.00 |
| 1/12/2004 | Telephone conference with Client (Herman G.) | 0.20<br>200.00/hr | 40.00 |
|  | Telephone conference with Client (Richard J.) | 0.20<br>200.00/hr | 40.00 |



EXHIBIT

B

| | Hrs/Rate | Amount |
|---|---|---|
| 1/13/2004 Telephone conference with Client (Joseph S.) | 0.20<br>200.00/hr | 40.00 |
| 1/14/2004 Preparation of pleadings - Initial Disclosures | 1.60<br>200.00/hr | 320.00 |
| t/c to Opp Atty | 0.20<br>200.00/hr | 40.00 |
| Correspondence to Court | 0.20<br>200.00/hr | 40.00 |
| Preparation of pleadings - Proof of Service | 0.20<br>200.00/hr | 40.00 |
| research fiduciary duty | 1.10<br>200.00/hr | 220.00 |
| correspondence from client (James B.) | 0.20<br>200.00/hr | 40.00 |
| revise Medical Billing summary | 0.30<br>200.00/hr | 60.00 |
| research re: fraud | 1.40<br>200.00/hr | 280.00 |
| Telephone conference with Client (Iris P.) | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with Client (Iris P.) | 0.20<br>200.00/hr | 40.00 |
| Telephone conference with Client (Larry P.) | 0.30<br>200.00/hr | 60.00 |
| 1/15/2004 Review Initial Disclosures of Nuko and Ram | 0.40<br>200.00/hr | 80.00 |
| 1/16/2004 Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| 1/19/2004 Conference with Client - Joseph S. | 0.80<br>200.00/hr | 160.00 |
| Conference with Client - Larry P. | 0.50<br>200.00/hr | 100.00 |
| corresp to client - Joseph S. | 0.20<br>200.00/hr | 40.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 1/19/2004 corresp to client - Larry P. | 0.20 200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.20 200.00/hr | 40.00 |
| 1/20/2004 Telephone call with Opposing Counsel | 0.20 200.00/hr | 40.00 |
| Telephone conference with Client - James B. | 0.20 200.00/hr | 40.00 |
| Telephone conference with Client - James B. | 0.20 200.00/hr | 40.00 |
| Telephone conference from Client - Mel P. | 0.30 200.00/hr | 60.00 |
| 1/21/2004 Telephone conference with Client - Paul R. | 0.20 200.00/hr | 40.00 |
| Telephone call with Opposing Counsel | 0.50 200.00/hr | 100.00 |
| Conference with KJH | 0.60 200.00/hr | 120.00 |
| 1/22/2004 Draft Interrogatories | 1.00 200.00/hr | 200.00 |
| Draft Request for Admissions | 0.80 200.00/hr | 160.00 |
| Draft Responses to Request for Admissions | 0.50 200.00/hr | 100.00 |
| Draft Answers to Interrogs | 0.50 200.00/hr | 100.00 |
| 1/23/2004 Telephone conference with Client (Gerhard) | 0.20 200.00/hr | 40.00 |
| Telephone conference with Client (Pearson) | 0.20 200.00/hr | 40.00 |
| 1/27/2004 Draft discovery requests | 1.50 200.00/hr | 300.00 |
| 1/28/2004 Telephone conference with Client (Paul R) | 0.20 200.00/hr | 40.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/29/2004 | Draft discovery | 0.60<br>200.00/hr | 120.00 |
| | Draft Amended Complaint | 1.00<br>200.00/hr | 200.00 |
| | t/c with Opp Atty | 0.20<br>200.00/hr | 40.00 |
| | corresp to Opp Atty | 0.20<br>200.00/hr | 40.00 |
| 1/30/2004 | Correspondence to Judge Battani | 0.20<br>250.00/hr | 50.00 |
| | Preparation of pleadings - Amended Complaint | 0.90<br>200.00/hr | 180.00 |
| | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| | Preparation of pleadings - Discovery and Admissions | 2.00<br>200.00/hr | 400.00 |
| | Correspondence to Court | 0.20<br>200.00/hr | 40.00 |
| 2/2/2004 | Correspondence from Client (Jean Z.) | 0.30<br>200.00/hr | 60.00 |
| | Telephone conference with court | 0.20<br>200.00/hr | 40.00 |
| | Telephone conference with court | 0.20<br>200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| | Preparation of pleadings - Stip and Order | 0.30<br>200.00/hr | 60.00 |
| | corresp to Opp Atty | 0.20<br>200.00/hr | 40.00 |
| 2/3/2004 | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20<br>200.00/hr | 40.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/3/2004 | Telephone call with Opposing Counsel | 0.20 200.00/hr | 40.00 |
| | Telephone call with Opposing Counsel | 0.20 200.00/hr | 40.00 |
| | Correspondence to Opp Atty | 0.20 200.00/hr | 40.00 |
| | Correspondence to Opp Atty | 0.20 200.00/hr | 40.00 |
| | Correspondence to Court | 0.20 200.00/hr | 40.00 |
| 2/9/2004 | t/c to court | 0.20 200.00/hr | 40.00 |
| | Correspondence from Client (Jean Z) | 0.20 200.00/hr | 40.00 |
| | t/c from Client (Herman G) | 0.20 200.00/hr | 40.00 |
| | t/c from Client (James B) | 0.40 200.00/hr | 80.00 |
| | t/c from Client (Herman G) | 0.40 200.00/hr | 80.00 |
| | t/c from Opp Atty | 0.20 200.00/hr | 40.00 |
| 2/11/2004 | Telephone call with Opposing Counsel | 0.20 200.00/hr | 40.00 |
| | Telephone conference with court | 0.20 200.00/hr | 40.00 |
| | Telephone conference with court | 0.20 200.00/hr | 40.00 |
| | Correspondence to Opp Atty | 0.20 200.00/hr | 40.00 |
| | File Memo | 0.30 200.00/hr | 60.00 |
| | Draft discovery | 0.80 200.00/hr | 160.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 2/19/2004 Review stipulated order to extend scheduling dates | 0.40 | NO CHARGE |
| 2/26/2004 Review file materials and work on responses to discovery requests and request to admit. | 3.40 | NO CHARGE |
| Discussion with Defendant's attorney regarding extension to answer discovery; draft letter confirming extension on answering discovery. | 0.70 | NO CHARGE |
| 2/27/2004 Work on discovery responses; research and analyze viable objections for request to admit; analyze documents in file; work on discovery requests and individuals to notice up for deposition. | 2.40 | NO CHARGE |
| 3/7/2004 Review and analyze isssues relating to certification of class and discovery limited to certification issues absent order from court. | 1.80 | NO CHARGE |
| 3/8/2004 Discussion with Defendant's attorney regarding status of case and issues relating to class certification. | 0.40 | NO CHARGE |
| 3/9/2004 Conference with court regarding discovery issues and certification of class | 1.40 | NO CHARGE |
| 4/27/2004 communication with Defense counsel regarding dep of defendants and production of documents; discussion with plaintiffs' regarding status of case and issues relating to medical bills. | 0.80 | NO CHARGE |
| 4/29/2004 Draft motion to compel discovery and depositions of Thuluris. | 0.90 | NO CHARGE |
| 5/6/2004 Discussion with Defense Counsel regarding production of discovery and pending motion to compel. | 0.40 200.00/hr | 80.00 |
| 5/11/2004 File Review for discovery purposes | 2.20 160.00/hr | 352.00 |
| work on discovery | 1.90 | NO CHARGE |
| 5/12/2004 Draft Plaintiffs' First Request for Production of Documents to Defendant American Medical | 1.00 160.00/hr | 160.00 |
| Draft Plaintiffs' First Request for Production of Documents directed to Defendant American Medical | 1.20 160.00/hr | 192.00 |
| Review of file in preparation of Plaintiffs' Request for Production of Documents and Interrogatories directed to Defendant American Medical | 0.60 160.00/hr | 96.00 |
| Review and revise Plaintiffs' Request to Produce directed to Rama Tech, Ram Thuluri, Rani Thuluri, and Nuko Precision, L.L.C. and Plaintiffs' Second Set of Interrogatories directed to the above parties | 0.50 160.00/hr | 80.00 |
| 5/13/2004 Meeting with Ramatech attorney to reveiw records and discuss status of case; review issues relating to possible bankruptcy of Thuluris | 2.30 | NO CHARGE |
| 5/14/2004 Correspondence to Oppoisng Counsel Re: Plaintiffs' Requests for Production of Documents directed to American Medical | 0.20 160.00/hr | 32.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/14/2004 Review documents and records produced by Defendants Thuluri regarding Nuko Precision and Ramatech. | 1.80 | NO CHARGE |
| 5/17/2004 communicate with plaintiff's concerning depositions scheduled for May 18; prepare for depositions of Thuluris; review and analzye issues relating to successor liability. | 2.50 | NO CHARGE |
| 5/18/2004 Telephone conference with former employee-Ron Pearson for discovery purposes RE: transfer from Rama Tech to Nuko. | 0.30 160.00/hr | 48.00 |
| Telephone conference with former employee-James Bedworth RE: transfer from Rama Tech to Nuko | 0.30 160.00/hr | 48.00 |
| File Review for discovery purposes RE: Transfer from Rama Tech to Nuko | 0.50 160.00/hr | 80.00 |
| Prepare and conduct depositions of Ram and Rani Thuluri | 6.50 | NO CHARGE |
| 5/19/2004 Telephone call to client J. Michael Sabatini for discovery purposes Re. Transfer of assets from Rama Tech to Nuko | 0.20 160.00/hr | 32.00 |
| Telephone call to client Larry Plantrich for discovery purposes Re: Transfer of assets from Rama Tech to Nuko | 0.20 160.00/hr | 32.00 |
| Telephone call to client James Bedworth for discovery purposes Re: Transfer of assets from Rama Tech to Nuko | 0.30 160.00/hr | 48.00 |
| Interoffice Memoranda to Mr. Ewald Re: Discovery Findings/Transfer of Rama Tech to Nuko | 0.30 160.00/hr | 48.00 |
| Telephone call to client Jamie Collier for discovery purposes Re: Transfer of assets from Rama Tech to Nuko | 0.20 160.00/hr | 32.00 |
| review and analyze documents of Nuko; communication with Comerica regarding production of Ramatech documents; research possible claims against Comerica Bank and Conway, Mackenzie. | 1.60 | NO CHARGE |
| 5/25/2004 Discussion with Defendants' counsel regarding discovery issues and review of documents held by comerica. Discussion with Comerica regarding production of documents relating to Ramatech and the Thuluris | 0.70 | NO CHARGE |
| 6/2/2004 communicate with plaintiffs relating to depositions; status of case; work on motion to extend discovery and add comerica to lawsuit as a party. | 1.80 | NO CHARGE |
| 6/3/2004 Review and analzye Amercian Medical Security Motion for Summary Judgment. | 1.30 | NO CHARGE |
| Michigan Business Entity Search on Comerica Bank to add as a party on Amended Complaint. | 0.20 160.00/hr | 32.00 |
| Preparation of Second Amended Complaint adding Comerica, Inc. as Defendant. | 2.90 160.00/hr | 464.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 6/4/2004 communication with plaintiff's regarding deposition dates; discussion with Defense counsel regarding motion to compel comerica; deposition of Paul Guilfoyle; motion to amend complaint and add Comercia as party to the case; review notice of taking deposition sent by defense counsel. | 1.80 | NO CHARGE |
| work on motion to amend complaint and extend scheduling order; work on motion to compel records from Comerica; work on second amended complaint. | 1.60 | NO CHARGE |
| Preparation of Second Amended Complaint adding Comerica, Inc. as Defendant. | 2.90 160.00/hr | 464.00 |
| Research regarding secured creditor, Comerica, and exercisising de facto control over a corporation. | 1.20 160.00/hr | 192.00 |
| Preparation of Motion to Amend Complaint and Extend Scheduling Order. | 1.00 160.00/hr | 160.00 |
| Preparation of Brief in support of Motion to Amend Complaint and Extend Scheduling Order. | 0.30 160.00/hr | 48.00 |
| Preparation of Motin to Comple Discovery from Comerica Bank. | 0.70 160.00/hr | 112.00 |
| Preparation of Brief in Support of Motion to Compel Discovery from Comerica Bank. | 0.30 160.00/hr | 48.00 |
| 6/7/2004 Preparation of Motion to Compel Discovery from Comerica Bank. | 0.30 160.00/hr | 48.00 |
| Preparation of Motion to Amend Complaint and Extend Scheduling Order. | 0.30 160.00/hr | 48.00 |
| 6/9/2004 Draft stip and order to amend complaint to add Comerica and Extend Scheduling Order; drafter order reflecting courts ruling on adding Comerica to case; conference with court regarding amendment to complaint, extending scheduling order and motion to compel Comerica; communication with counsel of record regarding depositions set for tomorrow and extension on discovery | 2.70 | NO CHARGE |
| 6/10/2004 Discussion with American Medical Security attorney regarding status of case, motion for summary disposition, and production of records; review signature from American Medical Security attorney on stip and order to amend complaint and extend scheduling order; discussion with Nuko Precision attorney regarding stip and order to amend complaint. | 1.90 | NO CHARGE |
| 6/15/2004 communicate with Comerica Bank regarding production of documents and setting date to inspect documents | 0.60 | NO CHARGE |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/15/2004 | Review motion for summary judgement; review documents produced by American Medical; discuss status of dismissal with American Medical attorney; communicate with  Ramatech attorney regarding inspection of Comerica documents. | 1.90 | NO CHARGE |
| 6/16/2004 | Draft letter to plaintiff's regarding status of case. | 0.60 | NO CHARGE |
| 6/29/2004 | communication with Plaintiff's regarding dimssal of American Medical; communication with Thululris' attorney regarding inspection of Comerica documents; prepare Amended Complaint for filing with District Court | 1.70 | NO CHARGE |
| 7/1/2004 | Travel to and inspect documents at Comerica Bank; finalize Second Amended Complaint for filing with court; communication with Comerica Bank regarding additional documents to be produced for inspection | 4.40 | NO CHARGE |
| 7/6/2004 | communicate with Comerica counsel regarding production of documents; work on subpeona for Comerica Rep | 0.70 | NO CHARGE |
| 7/7/2004 | communicate with clients regarding status of the case | 0.30 | NO CHARGE |
| 7/14/2004 | communication with Comerica regarding document review; communication with Defense Counsel regarding stip and order of dismissal for American Medical Security; communication with Defense Counsel regarding document review; review proof of service for Comerica | 1.40 | NO CHARGE |
| 7/20/2004 | communicate with defense counsel regarding status of motion to compel; communicate with attorneys for Comerica regarding motion to compel and document production; communication with court regarding motion to compel; prepare for hearing on motion to compel; communication with American Medical Security regarding stip and order | 2.40 | NO CHARGE |
| 7/22/2004 | prepare for and attend hearing on motion to compel Comerica to produce records | 3.40 | NO CHARGE |
| 7/23/2004 | Draft letter to plaintiffs advising on the status of case. | 0.70 | NO CHARGE |
| 7/28/2004 | Draft letter to clients regarding status of case; discussion with clients regarding status of case; review order from court regarding production of document; analyze issues relating to lender liability for corporate decisions. | 1.30 | NO CHARGE |
| 7/29/2004 | communicate with Defense Counsel regarding status of document inspection involving Comerica; discussion with Comerica counsel regarding responsive pleadings and inspection of documents. | 0.90 | NO CHARGE |
| 8/2/2004 | Review and analyze Comerica's motion for dismissal and communication with Comerica attorney regarding inspection of documents | 0.90 | NO CHARGE |
| 8/3/2004 | work on response to motion to dismiss filed by Comerica | 2.20 | NO CHARGE |
| 8/5/2004 | communication with opposing counsels regarding inspection of documents; hearings on motion to dismiss and motion to compel; research issues relating to Motion to Dismiss; | 2.20 | NO CHARGE |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/2004 | Review Comerica records at Bodman Longley in Ann Arbor | 3.50 | NO CHARGE |
| 8/10/2004 | communicate with opposing counsel regarding status of case; analyze motion to dismiss; request index of privileged documents from defense counsel; request deps of Comercia reps | 0.50 | NO CHARGE |
| 8/11/2004 | Review documents forwarded by comercia bank | 1.30 | NO CHARGE |
| | Review and analyze answer and affirmative defenses to amended complaint | 0.60 | NO CHARGE |
| 8/12/2004 | communicate with comerica counsel regarding depositions of comerica reps | 0.30 | NO CHARGE |
| 8/18/2004 | Review File | 1.00 160.00/hr | 160.00 |
| | Review Complaint | 0.80 160.00/hr | 128.00 |
| | Review Defendant Comerica Inc.'s Motion to Dismiss and Brief in Support; Analyze Issues in Preparation of Drafting Response to Motion | 1.50 160.00/hr | 240.00 |
| 8/19/2004 | Telephone Conference to Judge Battani's Clerk Re: Time Extension for Respondint to Comerica Inc.'s Motion to Dismiss | 0.20 160.00/hr | 32.00 |
| | Telephone call with Opposing Attorney Re: Time Extension for Responding to Comerica Inc.'s Motion to Dismiss | 0.20 160.00/hr | 32.00 |
| | Preparation of Stip and Order Relative to Time Extension | 0.40 160.00/hr | 64.00 |
| | Review of Relevant Federal Rules of Civil Procedure for E.D. Court in Preparation of Plaintiff's Response to Comerica Inc.'s Motion to Dismiss | 0.60 160.00/hr | 96.00 |
| | Legal Research Re: Standard of Review for Rule 12(b)(6) Motion | 0.80 160.00/hr | 128.00 |
| | Continued Review of File in Light of WARN Claims, Cobra Claims, and Stat Law Claims | 2.10 160.00/hr | 336.00 |
| | Legal Research Re: WARN Act Claims, COBRA Act Claims, and State Law Claims in Preparation of Plaintiff's Response to Comerica Inc.'s Motion to Dismiss | 1.50 160.00/hr | 240.00 |
| | Preparation of Plaintiff's Response to Comerica Inc.'s Motion to Dismiss | 0.80 160.00/hr | 128.00 |
| | Preparation of Plaintiff's Brief in Response to Comerica Inc.'s Motion to Dismiss | 1.50 160.00/hr | 240.00 |
| 8/20/2004 | Continued Legal Research Re: WARN Act Claims, COBRA Claims, and ERISA in Preparation of Plaintiff's Brief in Response to Comerica Inc's Motion to Dismiss | 2.00 160.00/hr | 320.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/20/2004 | Continued Preparation of Plaintiff's Brief in Response to Comerica Inc.'s Motion to Dismiss | 1.50 160.00/hr | 240.00 |
| 8/23/2004 | Continued Legal Research and Analysis of WARN Act Claims, COBRA Claims, and ERISA in Preparation of Plaintiff's Brief in Response to Comerica Inc.'s Motion to Dismiss | 2.50 160.00/hr | 400.00 |
| | Continued Preparation of Plaintiff's Brief in Response to Comerica Inc.'s Motion to Dismiss | 2.00 160.00/hr | 320.00 |
| | Letter to Court Clerk  Re: Stip and Order | 0.20 160.00/hr | 32.00 |
| | Legal Research  Re: Whether COBRA Applies to Life Insurance Policies and Whether a Civil Penalty is a Remedy Exclusively for Local Governments Under WARN Act | 1.50 160.00/hr | 240.00 |
| 8/24/2004 | Continued Legal Research and Analysis of COBRA and ERISA in Preparation of Plaintiff's Brief in Response to Comerica Inc.'s Motion to Dismiss | 1.00 160.00/hr | 160.00 |
| | Legal Research  Re: Stat Law Claims and Common Law Claims which are Pre-empted by ERISA | 1.20 160.00/hr | 192.00 |
| | Continued Preparation of Plaintiff's Brief in Response to Comerica Inc.'s Motion to Dismiss | 1.80 160.00/hr | 288.00 |
| | communication with opposing counsel regarding outstanding discovery and dismissal of American Medical Security; review proposed order to dismiss | 0.60 225.00/hr | 135.00 |
| 8/26/2004 | Telephone Conference with Judge's Clerk  Re: Stip and Order to Allow an Extension of Time to Respond to Comerica Inc.'s Motion to Dismiss | 0.20 160.00/hr | 32.00 |
| 8/27/2004 | Continued Legal Research  Re: Whether a Plant Closing Constitutes Termination of Employment of Reduction of Hours | 1.80 160.00/hr | 288.00 |
| | Continued Preparation of Plaintiff's Brief in Response to Comerica Inc's Motion to Dismiss | 1.40 160.00/hr | 224.00 |
| | Telephone conference with Judge's Clerk  Re: Stip and Order | 0.20 160.00/hr | 32.00 |
| | Meeting with Ken Hardin to Discuss Issues Surrounding State Law Causes of Action in Light of ERISA | 0.40 160.00/hr | 64.00 |
| 8/30/2004 | Telephone conference with judge's Clerk  Re: Stip and Order | 0.20 160.00/hr | 32.00 |
| | Continued Preparation of Plaintiff's Brief in Response to Comerica Inc.'s Motion to Dismiss | 0.60 160.00/hr | 96.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 8/30/2004 Continued Legal Research  Re: Whether Common law Causes of Action Relate to Plant Closing | 1.00 160.00/hr | 160.00 |
| Letter to Court  Re: Plaintiff's Motion in Response to Comerica Inc.'s Motion to Dismiss | 0.20 160.00/hr | 32.00 |
| work on setting deps of comerica personnel; communicate with Comerica attorneys regarding discovery issues; work on motion to certify class; communicate with American Medical attorney regarding stip and order to dismiss American Medical; review response brief to Comerica's Motion to Dismss | 2.30 225.00/hr | 517.50 |
| 9/1/2004 Preparation of pleadings:  motion to certify as class | 8.00 | NO CHARGE |
| 9/8/2004 File Review | 0.90 160.00/hr | 144.00 |
| 9/10/2004 Review of Complaint and Pleadings in Preparation of Motion and Brief in Support of Class Certification | 1.20 160.00/hr | 192.00 |
| Review of Relevant Court Rules and statutes  Re: Class Certification | 1.20 160.00/hr | 192.00 |
| Legal Research  Re: Class Certification | 1.00 160.00/hr | 160.00 |
| Research  Re: Class Certification Briefs | 0.50 160.00/hr | 80.00 |
| 9/14/2004 work on discovery responses; work on outline for deps of Malaga and Guilfoyle | 1.90 225.00/hr | 427.50 |
| 9/20/2004 Review and analyze comerica documents and work on outline for depositions of Comerica representatives. | 3.10 225.00/hr | 697.50 |
| 9/21/2004 Telephone Court Reporter | 0.25 225.00/hr | 56.25 |
| 9/22/2004 Prepare for and attend deposition of M Malaga, rep of Comerica Bank | 5.50 225.00/hr | 1,237.50 |
| 9/24/2004 Meeting with Defense Counsels to review and discuss Comerica Records | 5.50 225.00/hr | 1,237.50 |
| 9/28/2004 Review and analyze proposed Motion for Class Certification | 1.20 225.00/hr | 270.00 |
| 9/29/2004 Review and analyze Brief for Class Certification; discuss strategy with Ken and Teri Gorman | 4.80 225.00/hr | 1,080.00 |
| 9/30/2004 Correspondence to Court | 0.30 250.00/hr | 75.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/30/2004 | Telephone conference with court (x2) | 0.40<br>250.00/hr | 100.00 |
| 10/3/2004 | Preparation for hearing on Comerica's Motion to Dismiss | 1.50<br>225.00/hr | 337.50 |
| 10/4/2004 | Review documents produced by Comerica | 1.70<br>225.00/hr | 382.50 |
| 10/5/2004 | Preparation for hearing on motion to dismiss; communication with Comerica counsel regarding issues on motion to dismiss; discuss with Comerica counsel language on stip and order to dismiss parts of Complaint | 2.70<br>225.00/hr | 607.50 |
| 10/11/2004 | Review documents forwarded by Comerica; communication with Comerica regarding dep of P Guilfoile; communication with Thuluri attorney regarding deps of G Bird and B Vella | 2.70<br>225.00/hr | 607.50 |
| 10/12/2004 | Correspondence to Opposing Counsel | 0.30<br>225.00/hr | 67.50 |
| | Preparation of pleadings; Re-Notice of Taking Deposition of Peter Guilfoyle and Proof of Service | 0.40<br>225.00/hr | 90.00 |
| 10/13/2004 | Telephone call with Opposing Counsel (x3) | 0.50<br>225.00/hr | 112.50 |
| | communication with Comerica attorney regarding discovery issues and rescheduling dep of P Guilfoile; communication with Ramatech attorney regarding outstanding discovery and stip and order to dismiss COBRA claim and civil penalty portion of WARN Act violation; review true copy of order relating to Comerica's motion to dismiss. | 2.30<br>225.00/hr | 517.50 |
| 10/15/2004 | Communicate with plaintiffs regarding status of case. | 0.50<br>225.00/hr | 112.50 |
| 10/18/2004 | communicate with Thuluri counsel regarding status of case and order to dismiss civil penalities in WARN Act; scheduling of dep of P Guilfoile; communication with Comerica counsel regarding outstanding discovery issues; research issues relating to production of documents stored on database | 2.90<br>225.00/hr | 652.50 |
| 10/19/2004 | Research and analyze legal issues relating to alter ego liability of Conway Mckenzie for WARN Act and ERISA violations. | 2.20<br>225.00/hr | 495.00 |
| 10/25/2004 | Review order, review correspondence from opposing counsel, telephone conference with opposing counsel | 0.50 | NO CHARGE |
| 11/8/2004 | Read and analyzed the depostions of Ram and Rani Thuluri. Pulled out information to formulate who we send subpoenas to, to complete our discovery records. | 2.25 | NO CHARGE |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/8/2004 | Reviewed recently received discovery from Comerica in preparation of the deposition of Mr. Guilfoile. | 1.75 | NO CHARGE |
|  | Reviewed and took notes on the deposition of Michael Malaga. | 1.50 | NO CHARGE |
| 11/9/2004 | Review Notice of Motion Hearing | 0.20 | NO CHARGE |
|  | Correspondence to Client | 0.25 | NO CHARGE |
|  | Had phone conference with opposing counsel regarding the status of our Motion for Class Certification and the status of the e-mail discovery requested for Peter Guilfoile.  Reached an agreement to adjourn the deposition of Peter Guilfoile until we are in receipt of his e-mail discovery. | 0.45 | NO CHARGE |
|  | Received scheduling order from the Court regarding our Motion for Class Certification.  Drafted letter and sent copy of Order to all reelvant parties. | 0.37 | NO CHARGE |
| 11/11/2004 | Reviewed most recent box of discovery sent by Comerica regarding their involvment in the Ramatech matter. | 2.90 | NO CHARGE |
| 11/18/2004 | Legal Research on the standard for "unduly burdensome" as it relates to discovery requests. | 2.23 200.00/hr | 446.00 |
|  | Exchanged two lenghty e-mails with Opposing Counsel regarding the current status of discovery. | 0.70 200.00/hr | 140.00 |
| 11/19/2004 | Sent correspondence to opposing counsel regarding our Motion for Class Certification. | 0.45 200.00/hr | 90.00 |
|  | Pulled together materials in preparation of continued discovery.  Outlined new discovery requests. | 2.28 200.00/hr | 456.00 |
| 11/22/2004 | Legal Research regarding our Motion to Compel Discovery. | 1.58 200.00/hr | 316.00 |
|  | Worked on drafting Motion to Compel outline | 1.23 200.00/hr | 246.00 |
|  | Began drafting Motion to Compel Discovery without any costs to be incurred by Plaintiff. | 2.38 200.00/hr | 476.00 |
| 11/23/2004 | Legal Research as to whether we should stipulate to name Comerica Bank in lieu of Comerica Inc. | 1.57 200.00/hr | 314.00 |
|  | Began review of documents sent to us by Comerica Inc. | 2.50 200.00/hr | 500.00 |
|  | Research/Pacer | 0.50 200.00/hr | 100.00 |
| 11/24/2004 | Continued review of Comerica Documents sent to us. | 1.78 200.00/hr | 356.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 11/29/2004 File Review regarding case issues, review depositions, pleadings, memos, status of matter. Review and organize boxes of documents regarding case discovery. | 4.50 125.00/hr | 562.50 |
| Worked on drafting defaults on Ramatech LLC- no counsel and have not answered. ALso began reviewing case law pulled on the file. | 2.87 200.00/hr | 574.00 |
| Signed Stipulation to name Comerica Bank and sent correspondence regarding same. | 0.50 200.00/hr | 100.00 |
| 11/30/2004 Correspondence to Opposing Counsel | 0.25 250.00/hr | 62.50 |
| Review second set of Comerica discovery documents. Organize files for class members. Review all discovery from all parties and organize documents. Draft status memo of file issues. | 4.00 125.00/hr | 500.00 |
| Telephone call with Opposing Counsel regarding extending scheduling order. All parties agreed. | 0.42 200.00/hr | 84.00 |
| Drafted stipulation extending scheduling order. | 0.58 200.00/hr | 116.00 |
| 12/1/2004 Final case file review and finish status memo | 1.00 125.00/hr | 125.00 |
| Review of discovery plan drafted by Barb. Spoke to oppsoing counsel regarding inconsistanies in discovery and discovery correspondence. | 1.17 200.00/hr | 234.00 |
| 12/6/2004 Preparation for tomorrow's class certification Hearing. | 1.58 200.00/hr | 316.00 |
| 12/7/2004 Review of Motion for Class Certification in preparation of today's Hearing in Ann Arbor. | 1.58 200.00/hr | 316.00 |
| Court Appearance in Ann Arbor for Class Certification Hearing. | 4.25 200.00/hr | 850.00 |
| 12/8/2004 Researched form for Notice of Class Certification. | 1.67 200.00/hr | 334.00 |
| Drafted Order for Class Certification and sent copies for approval to the parties. | 0.92 200.00/hr | 184.00 |
| 12/9/2004 Began drafting Notice of Class Certification to attach to our proposed Order. | 2.42 200.00/hr | 484.00 |
| 12/14/2004 Worked on outline draft of Notice requirements for our Class Action. | 2.33 200.00/hr | 466.00 |
| 12/15/2004 Continued drafting Notice for Class Action. | 2.75 200.00/hr | 550.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/15/2004 | Legal Research regarding Notice in class action suits. | 0.92<br>200.00/hr | 184.00 |
| 12/16/2004 | Finished Draft of Notice and circulated Notice to all parties for their approval before filing with the Court. | 2.67<br>200.00/hr | 534.00 |
| 12/17/2004 | Review discovery regarding NUKO and call to defendant's counsel to review discovery | 0.50<br>125.00/hr | 62.50 |
| | Draft supplimental interrogatories to defendants and review documents regarding discovery issues and draft answer to discovery from Comerica. | 4.00<br>125.00/hr | 500.00 |
| | Draft final draft of discovery to all parties, and serve proof of service to court and parties | 2.00<br>125.00/hr | 250.00 |
| | Telephone conversatiln with Attorney Rayles office regarding discovery matters | 0.30<br>125.00/hr | 37.50 |
| | Correspondence to attorney Rayles regarding details regarding documents discovery at Nuko. | 0.30<br>125.00/hr | 37.50 |
| | File Review and organize new pleadings from co-counsel | 1.00<br>125.00/hr | 125.00 |
| 12/20/2004 | Review of our discovery responses to Comerica's 1st and 2nd Interrogatories. | 1.37<br>200.00/hr | 274.00 |
| | Telephone call with Opposing Counsels to finailie draft Notice and Order of Certification.  In addition, drafted stipulation to send to parties to memorialize our agreement. | 1.40<br>200.00/hr | 280.00 |
| 12/21/2004 | Telephone call with Opposing Counsel Brad Rayle regarding us receiving a list of employees at the time of Rama Tech's closing. | 0.33<br>200.00/hr | 66.00 |
| 12/22/2004 | Telephone conversation with Attorney Rayles regarding Nuko discovery and case status. | 0.20<br>125.00/hr | 25.00 |
| | File Review of new materials received on disk from Nuko. | 0.83<br>200.00/hr | 166.00 |
| 12/27/2004 | Legal Research regarding the effect of the size of class on a class action. Looked specifically for cases regarding WARN Act claims. | 1.63<br>200.00/hr | 326.00 |
| 1/4/2005 | Drafted outline of third set of interogs we want from Comerica. | 1.42<br>200.00/hr | 284.00 |
| 1/6/2005 | Telephone call to defendant's counsel regarding document review | 0.30<br>125.00/hr | 37.50 |
| | Drafted correspondence to opposing attorneys re:  furture deps to be taken. | 0.58<br>200.00/hr | 116.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 1/7/2005 Correspondence to Court w/Proof of Service | 0.30 200.00/hr | 60.00 |
| 1/10/2005 Draft memo regarding status of case discovery | 0.30 125.00/hr | 37.50 |
| 1/13/2005 Draft interrogatory to Comerica and proof of service. Draft letter to court and serve all parties. | 1.00 125.00/hr | 125.00 |
| Telephone call with Defendant's counsel regarding documents review issues | 0.20 125.00/hr | 25.00 |
| Review current state of discovery in Ramatech. Both parties have now responded that they are not in possession of employee records. Send correspondence to request that their response to our interrogs be sent to us formally so we can file a Motion to Compel. Drafted discovery plan for Barb and I to work on. | 1.80 200.00/hr | 360.00 |
| 1/14/2005 Continued review of interogs already answered in an effort to prepare discovery plan. | 0.67 200.00/hr | 134.00 |
| 1/17/2005 Review and organize discovery in file from all parties | 2.50 125.00/hr | 312.50 |
| 1/21/2005 Telephone call with Opposing Counsel regarding scheduling the remaining depositions. | 0.33 200.00/hr | 66.00 |
| 1/24/2005 Draft letter to parties regarding review of Nuko documents | 0.50 125.00/hr | 62.50 |
| Draft deposition notices re: Comerica and notice all parties | 1.20 125.00/hr | 150.00 |
| Telephone to Defendant's counsel regarding review of records and discovery matters | 0.50 125.00/hr | 62.50 |
| Meeting to review documents reviewed by Ed Ewald to see if we could locate an employee list so that the Notice of Class Certification could be sent out. | 3.62 200.00/hr | 724.00 |
| 1/25/2005 Telephone conversation to set up deps and court reporter. | 0.50 125.00/hr | 62.50 |
| Draft motions for entry of default, call to court clerk regarding same | 1.50 125.00/hr | 187.50 |
| Telephone court reporter and fax documents regarding deps | 0.40 125.00/hr | 50.00 |
| File Review of Comerica documents in preparation for tomorrow's deposition of Jeff Parilla. | 5.67 200.00/hr | 1,134.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 1/25/2005 Correspondence to both opposing counsel regarding the status of discovery and proposed new dates for the deposition of Jeffrey Parilla. | 0.50 200.00/hr | 100.00 |
| Telephone call with Opposing Counsel Chris Bernard regarding tomorrow's deposition dates. | 0.33 200.00/hr | 66.00 |
| Telephone call with Opposing Counsel Brad Rayle regarding the deposition set for tomorrow and the current state of discovery. | 0.33 200.00/hr | 66.00 |
| 1/26/2005 Telephone confrence with parties regarding depositions | 0.20 125.00/hr | 25.00 |
| Draft deposition notices, and notify court reporter. | 1.00 125.00/hr | 125.00 |
| Draft begining of interrogatories to Comerica | 1.00 125.00/hr | 125.00 |
| Draft final drafts of all defaults and draft letter to court for entry | 0.70 125.00/hr | 87.50 |
| Completed file review of all Comerica documents. | 4.22 200.00/hr | 844.00 |
| 1/27/2005 Draft subpoena for records to ADP | 0.70 125.00/hr | 87.50 |
| Finalized exhibits to be used in next weeks depositions. | 2.22 200.00/hr | 444.00 |
| 1/28/2005 Review copy and prepare documens for depositions with Comerica | 3.80 125.00/hr | 475.00 |
| Preparation for next weeks deposition exhibits for Parilla, Ottaway and Guilfoile. | 2.95 200.00/hr | 590.00 |
| 1/30/2005 Outline for deposition of Jeff Parilla. | 4.67 200.00/hr | 934.00 |
| 1/31/2005 Conducted deposition of Jeff Parilla. | 7.83 200.00/hr | 1,566.00 |
| Draft letter to court and counsel regarding SDP subpoena and proof of service | 0.40 125.00/hr | 50.00 |
| 2/1/2005 Legal Research: damages | 3.00 | NO CHARGE |
| Preparation of exhibits for depositions | 1.50 125.00/hr | 187.50 |
| Preparation for tomorrow's deposition of Andrew Ottaway. | 2.25 200.00/hr | 450.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/2005 | Telephone call with Opposing Counsel for both Defendants regarding Comerica's decision to call off the deposition for tomorrow given Mr. Ottaway's schedule. Drafted a confirmation of same and sent out. Had phone conversation with Brad Rayle regarding same and discussed the depositions that have to still occurr in this matter. Requested an extension of time in which to take discovery. | 1.42<br>200.00/hr | 284.00 |
| | Drafted a copy of a Stipulation to extend dates and sent to all parties. | 0.67<br>200.00/hr | 134.00 |
| 2/2/2005 | Preparation of memo re: damages | 0.50<br>250.00/hr | 125.00 |
| | Draft discovery to Comerica and proof of service. Forward letter and proof to court and serve Comerica. | 1.40<br>125.00/hr | 175.00 |
| | Correspondence to Defendant counsel regarding ADP records issues | 0.40<br>125.00/hr | 50.00 |
| | Telephone call with Opposing Counsel regarding Friday's deposition. It is Comerica's claim that our deponent had a death in his extended family and is unable to attend Friday's set deposition. Spoke to Brad Rayle regarding same. Parites agreed to sign the stipulation I sent. Worked on rescheduling depositions. | 0.75<br>200.00/hr | 150.00 |
| 2/3/2005 | Telephone conference with Clients | 1.00 | NO CHARGE |
| | Draft second draft of defaults with attachments | 1.00<br>125.00/hr | 125.00 |
| | Correspondence to Court regarding our default of parties who have not answered our Complaint. Attached original proof of service. | 0.42<br>200.00/hr | 84.00 |
| | Legal Research regarding damages and attorney fees in Class Action matters. | 1.33<br>200.00/hr | 266.00 |
| 2/7/2005 | Telephone calls to confirm deps | 0.20<br>125.00/hr | 25.00 |
| | Research on damages and fees | 1.58<br>200.00/hr | 316.00 |
| 2/8/2005 | Draft re notice of deposition and serve all parties | 0.80<br>125.00/hr | 100.00 |
| 2/9/2005 | Deposition preparation. Preprared outline for deposition of Andrew Ottaway. | 2.58<br>200.00/hr | 516.00 |
| | Telephone conversation with court regarding service issues and research default matters. | 0.80<br>125.00/hr | 100.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/10/2005 | Deposition of Andrew Ottaway | 6.67 200.00/hr | 1,334.00 |
| | Review court files regarding service issues | 1.00 125.00/hr | 125.00 |
| | Draft deposition notices for Comerica and draft letter to parties and serve | 0.80 125.00/hr | 100.00 |
| 2/11/2005 | Follow-up correspondence to opposing attorneys regarding the status of our scheduling order. | 0.58 200.00/hr | 116.00 |
| 2/16/2005 | E-mail correspondence to both opposing counsel regarding current status of the case. | 0.67 200.00/hr | 134.00 |
| | Telephone conference with court regarding our Stipulation to Adjourn Dates. | 0.33 200.00/hr | 66.00 |
| 2/17/2005 | File Review of new Guilfoile materials sent. | 1.67 200.00/hr | 334.00 |
| 2/21/2005 | Preparation of discovery schedule and discovery materials with Barb for upcoming depositions and document reviews. | 2.00 200.00/hr | 400.00 |
| 2/22/2005 | Telephone call to defendant's counsel regarding discovery review file regarding witnesses and call to ADP regarding discovery issues. | 1.00 125.00/hr | 125.00 |
| | Preparation of materials to finish discovery period. | 2.75 200.00/hr | 550.00 |
| 2/23/2005 | Telephone confrerence to C. Bernard draft letter regarding  Comerica documents | 0.80 125.00/hr | 100.00 |
| 2/24/2005 | Review file for witness information regarding witnesses, draft letter to parties and subpoenas for witnesses. Draft letter to counsel regarding possible deposition dates. | 2.00 125.00/hr | 250.00 |
| 2/25/2005 | Draft discovery, subpoenas and notice depositions | 1.00 125.00/hr | 125.00 |
| | Telephone to ADP regarding discovery issues | 0.40 125.00/hr | 50.00 |
| | File Review of new documents sent to us today by Comerica. | 1.58 200.00/hr | 316.00 |
| 2/28/2005 | Correspondence to Opposing Counse w/Proof of Service; Re: Order for Extenstion of Scheduling Dates. | 0.40 200.00/hr | 80.00 |
| | Review issues regarding discovery | 0.50 125.00/hr | 62.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/2005 | Drafted letter regarding remaining discovery in this matter. | 0.33 200.00/hr | 66.00 |
| 3/2/2005 | Prepared deposition outline for Pete Guilfoile. | 2.67 200.00/hr | 534.00 |
| 3/3/2005 | Preparation of documents for deposition of Peter Guilfoyle | 0.80 125.00/hr | 100.00 |
| | Correspondence to counsel regarding ADP documents | 0.40 125.00/hr | 50.00 |
| | File Review of Documents to pull exhibits to be used in Guilfoile dep and to fill in my outline. | 2.42 200.00/hr | 484.00 |
| 3/4/2005 | Deposition of Pete Guilfoile in Ann Arbor all day. | 8.50 200.00/hr | 1,700.00 |
| 3/7/2005 | Follow-up on discovery materials. | 0.50 200.00/hr | 100.00 |
| 3/8/2005 | Review comerica discovery documents draft letter to Bodman regarding discovery issues. | 0.80 125.00/hr | 100.00 |
| | Telephone call to ADP regarding records | 0.30 125.00/hr | 37.50 |
| | Review discovery from Conway McKenzie regarding business issues | 1.00 125.00/hr | 125.00 |
| 3/11/2005 | Review documents from ADP regarding class members, do searches for managers, draft memo to counsel. | 1.50 125.00/hr | 187.50 |
| | Document Review. | 4.67 200.00/hr | 934.00 |
| 3/16/2005 | Preparation of documents for deposition, draft responses to comerica's discovery, review correspondence regarding case issues of discovery, review comerica responses to our discovery. | 2.60 125.00/hr | 325.00 |
| | Deposition Preparation- prepared outlines for the depositions of Ram and Rani Thuluri scheduled for tomorrow. | 3.33 200.00/hr | 666.00 |
| 3/17/2005 | Review documents received from Comerica regarding discovery issues | 1.50 125.00/hr | 187.50 |
| | Finishe preparation of and attended depositions of Rani and Ram Thuluri. | 5.50 200.00/hr | 1,100.00 |
| | WARN ACT research- focused on excpetions to WARN Act outlined that portion of our Summary Judgment MOtion. | 2.83 200.00/hr | 566.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/18/2005 | Drafted and filed Stipulation and Order to extend one week our Summary Judgement date to allow for more time with the transcripts. | 0.67 200.00/hr | 134.00 |
| 3/21/2005 | Continued working on draft of WARN Act portion of Summary Judgment Motion. | 2.83 200.00/hr | 566.00 |
| 3/22/2005 | Draft letter and proof of service and forward responses to 2nd set of discovery to parties and court | 0.80 125.00/hr | 100.00 |
| 3/24/2005 | Draft spreadsheet of each class member | 3.50 125.00/hr | 437.50 |
| | Telephone call to court clerk regarding entry of order to extend time | 0.50 125.00/hr | 62.50 |
| | Draft and prepare notice to class members | 2.00 125.00/hr | 250.00 |
| 3/25/2005 | Telephone to clerk regarding issues of order | 0.50 125.00/hr | 62.50 |
| | Preparation of notice to parties regarding class action | 1.00 125.00/hr | 125.00 |
| 3/27/2005 | Researched, read and analyzed cases regarding ERISA for our Motion for Summary Judgment. | 5.67 200.00/hr | 1,134.00 |
| | Preped for class mailing to go out. Worked with Barb on setting up system of take-in. | 1.75 200.00/hr | 350.00 |
| 3/29/2005 | Telephone to class members prepare signature pages for signature on discovery | 0.80 125.00/hr | 100.00 |
| | Meeting with parties to sign documents for discovery in case | 0.60 125.00/hr | 75.00 |
| | Draft letter, proof of service and documents regarding discovery and forward to court | 1.00 125.00/hr | 125.00 |
| | Continued research on ERISA. Beginning to believe we do not want ot file a Motion for Summary Judgment. | 3.83 200.00/hr | 766.00 |
| | Continued on working on getting the class action notices out. | 1.33 200.00/hr | 266.00 |
| 3/30/2005 | Continued work on ERISA issue. | 2.33 200.00/hr | 466.00 |
| | Review of recently received transcripts- Ottaway and Guilfoile. Highlighted relevant poritions of the transcripts for use in our Motion for Summary Judgment. | 2.25 200.00/hr | 450.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2005 | Completed review of ERISA information. Researched whether a Summary Judgment Motion was required by us or if our best position would be to just respond. | 2.33 200.00/hr | 466.00 |
| 4/4/2005 | Review billings and draft memo regarding status of records from Bodman | 0.80 125.00/hr | 100.00 |
|  | Continued review of deposition transcripts. | 2.17 200.00/hr | 434.00 |
| 4/5/2005 | Review documents for notice to parties and research on cse issues | 1.00 125.00/hr | 125.00 |
|  | Continued draft of Summary Judgment Motion. | 2.67 200.00/hr | 534.00 |
| 4/7/2005 | Review and final notices on all parties begin preparing mailings | 2.00 125.00/hr | 250.00 |
|  | Research: Is there a right to a jury trial under ERISA and WARN? | 2.50 200.00/hr | 500.00 |
| 4/8/2005 | Preparation of mailings to all class members | 1.50 125.00/hr | 187.50 |
| 4/11/2005 | Review documents on Pacer regarding summary disposition motion issues | 0.60 125.00/hr | 75.00 |
| 4/12/2005 | Reviewed Motions for Summary Judgment filed by Defendants and put together outline of responses. | 1.67 200.00/hr | 334.00 |
|  | Pulled relevant cases cited in Defendants Motion for Summary Judgment. | 1.58 200.00/hr | 316.00 |
| 4/13/2005 | Preparation of documents for mailing | 1.00 125.00/hr | 125.00 |
| 4/14/2005 | Preparation and do partial notice mailing to parties in class action | 2.00 125.00/hr | 250.00 |
|  | Worked on finishing outlines to respond to Defendnats Motions for Summary Judgment. | 1.75 200.00/hr | 350.00 |
| 4/15/2005 | Preparation and complete mailing to class members | 4.00 125.00/hr | 500.00 |
|  | Telephone calls from class members regarding documents and case status | 0.50 125.00/hr | 62.50 |
|  | Worked on drafting response to Comerica's Motion for Summary Judgment. | 4.25 200.00/hr | 850.00 |

|            |                                                                                                                                                           | Hrs/Rate          | Amount   |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 4/19/2005  | Telephone calls from class members regarding questions on case issues. Review returned documents and reveiw address information to resend.                  | 1.30 125.00/hr    | 162.50   |
| 4/20/2005  | Continued work on Response to Comerica Motion for Summary Judgment.                                                                                        | 3.33 200.00/hr    | 666.00   |
| 4/21/2005  | Continue work on response to Comerica' Motion for Summary Judgment.                                                                                        | 2.75 200.00/hr    | 550.00   |
|            | Telephone conversations with class members regarding status of claims. Print and update changes to original notice documents for class, status each member regarding responses to correspondence. | 2.00 125.00/hr    | 250.00   |
| 4/22/2005  | Review returned mail. Do address searches for updates.                                                                                                     | 1.50 125.00/hr    | 187.50   |
| 4/25/2005  | Review returned documents try to locate parties, do address searches                                                                                      | 2.00 125.00/hr    | 250.00   |
| 4/26/2005  | Telephone to parties with returned mail regarding class notice and resend.                                                                                 | 1.50 125.00/hr    | 187.50   |
| 4/27/2005  | Drafted Summary Judgment Responses.                                                                                                                        | 3.33 200.00/hr    | 666.00   |
|            | Telephone conversations with class members regarding suit notice and get changes of addresses from parties.                                                | 2.00 125.00/hr    | 250.00   |
| 4/28/2005  | Continued briefing.                                                                                                                                        | 4.58 200.00/hr    | 916.00   |
|            | Telephone conversation with class members change addresses and re mail documents                                                                           | 0.50 125.00/hr    | 62.50    |
|            | Review returned doucmetns and search for new numbers. Review documents sent by parties re: income and medical bills.                                       | 2.00 125.00/hr    | 250.00   |
| 4/29/2005  | Worked on drafting Response Brief to Ramatech's Motion for Summary Judgment.                                                                                | 3.92 200.00/hr    | 784.00   |
| 4/30/2005  | Review of transcripts to fill in statement of facts.                                                                                                       | 3.50 200.00/hr    | 700.00   |
| 5/2/2005   | Worked on drafting response briefs to their Motions for Summary Judgment.                                                                                  | 4.75 200.00/hr    | 950.00   |
| 5/3/2005   | Worked on drafting response breifs.                                                                                                                        | 6.67 200.00/hr    | 1,334.00 |
| 5/4/2005   | Completed drafts of both response briefs.                                                                                                                  | 5.83 200.00/hr    | 1,166.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/5/2005 | Preparation of response brief to motion for summary judgment | 3.00 | NO CHARGE |
| | File Review in order to pull together all exhibits for both briefs and scan them into Adobe format.  Also highlighted exhibits for judge's courtesy copy. | 6.17 200.00/hr | 1,234.00 |
| | Made revisions and edits to the briefs. | 3.67 200.00/hr | 734.00 |
| | Telephone conference with court regarding problems filing.  Given one day extension. | 0.33 200.00/hr | 66.00 |
| | Preparation of response brief to motion for summary judgment | 5.00 200.00/hr | 1,000.00 |
| 5/6/2005 | Reorganized and put back together the file.  Issued courtesy copies to all parties.  Updated file. | 2.58 200.00/hr | 516.00 |
| 5/9/2005 | Telephone calls to class members in case regarding status of case issues | 1.30 125.00/hr | 162.50 |
| | Draft updates to all address on service list and make corrections | 1.00 125.00/hr | 125.00 |
| | Telephone to parties in class regarding case issues and update address changes on service list. | 1.30 125.00/hr | 162.50 |
| 5/10/2005 | Draft correspondence to Bodman regarding class notice issues | 0.50 125.00/hr | 62.50 |
| | Review file documents organize and prepare documents for trial preparation | 4.00 125.00/hr | 500.00 |
| | Draft letter to Bodman regarding class notice issues | 0.40 125.00/hr | 50.00 |
| | Review file and reorganize documents, open new boxes for new clinet information | 4.00 125.00/hr | 500.00 |
| 5/12/2005 | Review documents from class members regarding class issues and review damage issues. | 1.00 125.00/hr | 125.00 |
| | Review new documents from parties regarding class issues and review damage claims from cleints | 1.30 125.00/hr | 162.50 |
| 5/13/2005 | File Review of ADP forms. | 0.67 200.00/hr | 134.00 |
| 5/16/2005 | Telephone from class parties and review fax of documentation from class members | 0.60 125.00/hr | 75.00 |
| | Telephone from class parties regarding issues and review fax of information regarding claims | 0.50 125.00/hr | 62.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/16/2005 | File Review- updated class action notices in file. | 1.25 200.00/hr | 250.00 |
| 5/17/2005 | Review documents sent by class members | 0.50 125.00/hr | 62.50 |
| 5/19/2005 | Review of both parties reply briefs in this matter. | 0.67 200.00/hr | 134.00 |
| | File Review | 0.50 200.00/hr | 100.00 |
| 5/23/2005 | Draft letter to C. Bernard regarding ADP documents and copy same | 1.30 125.00/hr | 162.50 |
| | Telephone to Brad Rayle regarding documents | 0.30 125.00/hr | 37.50 |
| | Review reply brief from both parties and draft memo to Jennifer | 0.60 125.00/hr | 75.00 |
| | Review returned notice documents and resend documents | 0.50 125.00/hr | 62.50 |
| | Preparation of settlement conference worked with Barb on class action numbers/members. | 2.17 200.00/hr | 434.00 |
| 5/25/2005 | Telephone cll from class members regarding change in address and resend documents | 0.60 125.00/hr | 75.00 |
| 6/11/2005 | Legal Research, prepare for oral argument | 4.00 | NO CHARGE |
| 6/15/2005 | Court Appearance:  motion for summary judgment | 3.00 | NO CHARGE |
| 6/20/2005 | Review regarding notice to class members | 0.30 125.00/hr | 37.50 |
| 11/15/2005 | Review bankruptcy matters and docket | 0.50 125.00/hr | 62.50 |
| 2/3/2006 | Review opinions of district court; draft statement to mediator and statement of claim to 6th Circuit | 2.83 200.00/hr | 566.00 |
| 3/15/2006 | Review transcript and draft status memo | 0.30 125.00/hr | 37.50 |
| 4/25/2006 | Review file and draft letter and fax joint motion to all parties for review | 0.60 125.00/hr | 75.00 |
| 4/28/2006 | Review documents regarding changes to stipulated order to settle | 0.30 125.00/hr | 37.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2006 | conference with Bar Cripps regarding changes Comerica Bank wants to Motion to Remand | 0.40 225.00/hr | 90.00 |
| 5/2/2006 | review and analysis of changes Comerica Bank wants to Motion to Remand, conference with Barb Cripps regarding review of changes to Motion to Remand | 0.20 225.00/hr | 45.00 |
| 5/3/2006 | Telephone call to Brad Rayle regarding changes to motion and settlement, draft changes per C. Bernard and forward to parties for approval | 1.00 125.00/hr | 125.00 |
| 5/5/2006 | Draft final letter regarding motion and order and forward to courtand interested parties | 0.80 125.00/hr | 100.00 |
| | Review documents regarding judgment motion from comerica | 0.30 125.00/hr | 37.50 |
| 5/17/2006 | Review order for removal, revoew court of appeals motion draft changes and make exhibits, fax to all parties | 1.50 125.00/hr | 187.50 |
| 5/18/2006 | Review file call to court fo appeals regarding motion prepare documents and review responses from other counsel draft letter and proof of service regaridng Court of Appeals and file motion | 1.30 125.00/hr | 162.50 |
| 5/19/2006 | telephone conference with Rod McFaull of the COA regarding the brief due and settlement status, meeting with Barb Cripps regarding the motions for remand | 0.50 225.00/hr | 112.50 |
| 5/22/2006 | telephone conference with Barb Cripps and Rod McFaull regarding documentation needed regarding the motions for remand | 0.30 225.00/hr | 67.50 |
| 6/6/2006 | Review order and documetns from 6th circuit. Review file for motion to enter settlement and make final changes to motion and attachments | 1.00 125.00/hr | 125.00 |
| | Review of file and research issues regarding settlement agreement and proof of claim. | 1.00 125.00/hr | 125.00 |
| 6/7/2006 | Research settlement and proof of claim matters for case | 1.00 125.00/hr | 125.00 |
| 6/9/2006 | Review motion to accept agreement and call to Battai clerk regarding status of settlement agreement | 0.20 125.00/hr | 25.00 |
| 7/6/2006 | Draft work on draft of settlement agreement for matter | 2.00 125.00/hr | 250.00 |
| 7/7/2006 | Drafting of settlement agreement, reviewing case files and documents | 3.00 125.00/hr | 375.00 |
| 7/11/2006 | Draft of settlement agreement | 4.00 125.00/hr | 500.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/28/2006 | Draft proof of claim form | 0.60 125.00/hr | 75.00 |
| 8/25/2006 | Draft mition for approval of notice and settlement agreement and draft proof of claim form | 3.00 125.00/hr | 375.00 |
| 8/28/2006 | Draft final of proof of claim form, settlement agreement prepare exhibits draft opt out statement | 3.50 125.00/hr | 437.50 |
| 9/5/2006 | Preparation of pleadings for review by other consel and draft letter to counsel for signatures | 1.00 125.00/hr | 125.00 |
| 9/7/2006 | Telephone with defendant's counsel regarding status of matter and draft file memo | 0.50 125.00/hr | 62.50 |
| 9/12/2006 | Draft changes to settlemetn agreement and forward to parties for review | 0.50 125.00/hr | 62.50 |
| 9/14/2006 | Preparation of pleadings for filing regarding motion for settlement, final changes to documents | 1.00 125.00/hr | 125.00 |
| 9/29/2006 | Draft final notice to parties regarding settlement agreement | 0.50 125.00/hr | 62.50 |
| 10/3/2006 | Review orders from court and docket dates. | 1.00 125.00/hr | 125.00 |
| 10/4/2006 | Preparation of pleadings notices, mailing to all class members, verify names and notice information | 4.50 125.00/hr | 562.50 |
| | For professional services rendered | 640.18 | $94,990.75 |

Additional Charges :

| | | | |
|---|---|---|---|
| 12/10/2003 | Legal Research | | 82.00 |
| 12/12/2003 | Legal Research | | 6.00 |
| 1/1/2004 | Copying cost | | 25.00 |
| | Copying cost | | 15.00 |
| | Postage | | 108.00 |
| | Postage | | 140.00 |
| 1/13/2004 | Copying cost | | 12.00 |
| | Postage | | 1.20 |

| Date | Description | Amount |
|------|-------------|-------:|
| 1/13/2004 | Copying cost | 63.50 |
| 1/15/2004 | FedEx sent to the Clerk of the Court. | 15.95 |
| 1/23/2004 | Postage | 0.74 |
| | Copying cost | 1.00 |
| 1/30/2004 | Copying cost (x40) | 10.00 |
| | Postage (x26 letters) | 10.31 |
| | Postage | 2.58 |
| | Copying cost | 33.75 |
| 2/1/2004 | Copying cost x61 | 15.25 |
| | Postage | 1.94 |
| 2/2/2004 | Fax | 8.00 |
| | FedEx to Clerk of the Court | 13.95 |
| 2/3/2004 | Fax | 4.00 |
| | Postage | 0.74 |
| 2/5/2004 | FedEx U.S. District Court | 14.02 |
| 2/27/2004 | Postage | 4.59 |
| 2/28/2004 | Postage | 8.29 |
| 3/1/2004 | Postage | 21.00 |
| | Copying cost x 302 | 75.50 |
| 3/18/2004 | Delivery documents to Brad Rayle on 03/03/04. | 30.00 |
| 5/31/2004 | Postage | 16.62 |
| | Fax | 4.00 |
| | Copying cost | 54.50 |
| 6/8/2004 | Transcript Cost Ram and Rani Thuluri. | 660.15 |
| | Delivery Cost to Oakland County Circuit Court to File Brief of Motion and Motion to Amend | 80.00 |
| | Delivery Cost to Comerica Bank | 25.00 |

| Date | Description | Amount |
|---|---|---|
| | | Amount |
| 6/8/2004 | Delivery Cost to Lauren Hammmett (Detroit). | 40.00 |
| | Delivery to Brad Rayle in Bloomfield Hills | 20.00 |
| 6/11/2004 | Copying cost | 2.75 |
| 6/29/2004 | Legal Research on 06/03/04 | 12.12 |
| 6/30/2004 | Postage | 2.75 |
| | Fax | 9.00 |
| | Postage | 1.57 |
| 7/2/2004 | Filing at USDC to File Second Amended Complaint | 95.00 |
| 7/6/2004 | Delivery Cost to file a Summons to USDC | 80.00 |
| 7/9/2004 | Service Fee; Serve Defendant-Comerica Bank | 38.00 |
| 7/29/2004 | Copying cost of letter to all clients. | 11.00 |
| | Postage | 8.14 |
| 8/6/2004 | Mileage (x82 miles) | 25.42 |
| 8/18/2004 | Copying cost deposition notice of Peter Guilfoyle & Mike Malaga | 3.00 |
| | Postage | 1.85 |
| 8/19/2004 | Mileage for 7/22/04 (x82 miles) | 25.42 |
| 8/30/2004 | Copying cost letter & Motion in Response To Comerica's Motion to Dismiss. | 16.00 |
| | Postage | 31.56 |
| 9/1/2004 | Copying cost of letter and deposition re-notices of Guilfoyle and Malaga. | 3.00 |
| | Postage | 1.48 |
| 9/17/2004 | Mileage | 23.56 |
| 9/20/2004 | Copying cost of client file (X543 copies) | 135.75 |
| | Service Fee; Delivered documents to G. Christopher Bernard. (Jeff Clark) | 25.00 |
| 9/30/2004 | Copying cost (x357) | 89.25 |
| | Postage | 9.18 |
| | Service Fee; File Motion for Class Consideration | 25.00 |

| | Amount |
|---|---|
| 10/5/2004 Fax | 4.00 |
| 10/8/2004 Postage | 9.20 |
| 10/12/2004 File Motion in Response at US District Court on 8/30/04 | 80.00 |
| Deliver Sealed Envelope to Jim Walsh on 8/30/04 | 20.00 |
| 10/13/2004 Copying cost (x16) | 4.00 |
| Postage | 1.11 |
| 11/5/2004 Deposition Costs for Michael Malaga taken on 9/22/04 | 480.00 |
| 11/23/2004 Fax | 4.00 |
| 11/30/2004 Fax | 10.00 |
| 12/6/2004 Filing Fee For Stip and Order for extension of scheduling dates | 25.00 |
| 12/17/2004 Copying cost for discovery documents forwarded to other parties in response to interrogatories. | 35.00 |
| Postage to forward discovery documents to other parties | 3.95 |
| 1/7/2005 Postage | 2.40 |
| Copying cost (x18) | 4.50 |
| Postage | 2.17 |
| Copying cost (28) | 7.00 |
| 1/10/2005 Copying cost; Guilfoyle Documents. | 396.81 |
| 1/26/2005 Copying cost (x92) | 23.00 |
| 1/27/2005 Copying cost (x40) | 10.00 |
| 1/28/2005 Copying cost (x1400) | 350.00 |
| 1/31/2005 Parking Fee | 12.00 |
| 2/1/2005 Copying cost | 55.50 |
| 2/10/2005 Parking Fee | 2.00 |
| Mileage | 7.56 |
| Parking Fee | 12.00 |

| Date | Description | Amount |
|---|---|---|
| 2/14/2005 | Service Fee to serve subpoena to ADP for records 1/27/05 | 25.00 |
| 2/16/2005 | Deposition Costs for Jeffrey Parilla taken on January 31, 2005 | 660.75 |
| 2/24/2005 | Deposition Costs for Andrew Ottaway taken on February 10, 2005 | 451.70 |
| 3/3/2005 | Copying cost (x88) | 22.00 |
| 3/4/2005 | Mileage to and from Deposition (x128) | 39.68 |
| 3/10/2005 | Mileage to and from Court 12/07/04 (x128) | 39.68 |
| 3/18/2005 | Deposition Costs for Ram & Rani | 284.15 |
| 3/21/2005 | Deposition Costs for Peter Guilfoile, taken on March 4, 2005 | 466.00 |
| 3/24/2005 | Deposition Costs for Rani Thuluri taken on March 17, 2005 | 284.15 |
| 3/25/2005 | Copying cost of documents for notice 3,448 copies | 862.00 |
|  | Postage on notice of class action | 258.60 |
| 3/31/2005 | Service Fee to pick up documents on 2/25/2005 | 25.00 |
| 4/15/2005 | Postage | 279.60 |
| 4/22/2005 | Postage to resend changes of address notices to class members | 2.40 |
| 4/28/2005 | Postage to remail class documents | 4.88 |
| 5/6/2005 | Copying cost (x640) | 160.00 |
|  | Copying cost (x760) | 190.00 |
| 5/9/2005 | Postage | 21.20 |
|  | Copying cost (x84) | 21.00 |
| 5/23/2005 | Postage resend notice to class members | 5.00 |
| 12/29/2005 | Copying cost claim of appeal 41X8 | 82.00 |
|  | Postage 2@ 1.98 | 3.98 |
|  | Filing Fee For notice of appeal | 255.00 |
| 1/4/2006 | Transcript Cost for 6/13/05 hearing for Appeal | 191.40 |
|  | delivery of appeal notice by Bad News Bearers | 40.00 |
| 1/31/2006 | $ to Court Reporter- 1/18/06 | 15.20 |

| | Amount |
|---|---|
| 4/25/2006 Motion for Judgment & Order | 10.00 |
| 5/1/2006 Changes to Motion for Judgment | 7.00 |
| Legal Research - Westlaw 4/1/06 - 4/30/06 | 2.50 |
| 5/3/2006 Stipulated Motion for Judgment Order to Settle | 14.00 |
| 5/5/2006 Postage-Motion for Judgment | 2.22 |
| Postage-Motion for Judgment | 2.70 |
| 5/18/2006 Copying cost- Motion for judgment to remand | 6.25 |
| Postage- Motion for judgment to remand | 1.89 |
| Postage- Motion for judgment to remand | 2.07 |
| 9/5/2006 Postage- | 4.62 |
| 9/25/2006 Copying cost- Joint Motion | 2.55 |
| 9/27/2006 Mileage | 20.16 |
| Parking Fee | 8.00 |
| 10/4/2006 Copying cost for notice to all class members | 2,499.00 |
| Postage mailing notice of settlement to all class members | 310.59 |
| 10/10/2006 Publishing Fee for legal news | 118.00 |
| Total costs | $11,563.50 |
| Total amount of this bill | $106,554.25 |
| Previous balance | $21,177.71 |
| Balance due | ~~$127,731.96~~ |

115 490